UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-                                              Case No.  2-24-cr-135

**Hussein A. Mohamed**

## CHANGE OF PLEA COURTROOM MINUTES

| JUDGE: | Norah McCann King | DATE AND TIME: | 3/19/24 @ 10AM |
|---|---|---|---|
| DEPUTY CLERK: | Spencer D. Harris | COUNSEL FOR GOVT: | D Delaviz |
| COURT SMART | L Dufour | COUNSEL FOR DEFT(S). | J Landusky |
| INTERPRETER: | N/A | PRETRIAL/PROBATION: | |

Dft appeared with Counsel and consented to plead before a US Magistrate Judge; Dft changes his plea from not guilty to "**GUILTY**" to the pending charges; Judge to issue a RR and a PSI is to be ordered. Dft to remain in custody pending further proceedings.

Court adjourn.